February 13, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

HARRIS COUNTY SHERIFF'S CIVIL SERVICE COMMISSION, Appellant

NO. 14-12-00474-CV                                V.

LOUIS GUTHRIE, Appellee

_____

       This cause, an appeal from the judgment in favor of appellee, Louis Guthrie, signed May 17, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

       We further order that all costs incurred by reason of this appeal be paid by appellee, Louis Guthrie.

       We further order this decision certified below for observance.